1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7      RODERICK WASHINGTON,                    Case No.   95-cv-03356-TEH[1]   (WHO)

8                    Plaintiff,                           95-cv-03641-TEH
                                                          95-cv-03763-TEH
9             v.                                          98-cv-01831-TEH

10     STEVEN CAMBRA, et. al.,

11                   Defendants.                **ORDER**

12

13            Plaintiff, a former state prisoner, proceeded pro se in the above cases.  All of these

14     actions were dismissed more than twenty-years ago.  Plaintiff has now filed the same

15     motion in all of the cases seeking to vacate the judgments.  He argues that the cases should

16     be vacated because they qualify as strikes pursuant to 28 U.S.C. § 1915(g), which prevents

17     him from proceeding in forma pauperis unless he can demonstrate that he is under

18     imminent danger of serious physical injury.  To the extent plaintiff seeks relief from these

19     judgments under Federal Rule of Civil Procedure 60(b), any such motion is denied.

20            Rule 60(b) lists six grounds for relief from a judgment: (1) mistake, inadvertence,

21     surprise or excusable neglect; (2) newly discovered evidence which by due diligence could

22     not have been discovered in time to move for a new trial; (3) fraud by the adverse party;

23     (4) the judgment is void; (5) the judgment has been satisfied; (6) any other reason

24     justifying relief.  Fed. R. Civ. P. 60(b); *School Dist. 1J v. ACandS Inc.*, 5 F.3d 1255, 1263

25     (9th Cir.1993).  Such a motion must be made within a "reasonable time," and as to grounds

26

27

28     _____
       [1] These matters were originally before Judge Thelton E. Henderson, who has since retired.  They
       are now before this Court for the limited purpose of ruling on plaintiff's post judgment motions.

United States District Court
Northern District of California

for relief (1) - (3), no later than one year after the judgment was entered.  *See* Fed. R. Civ. P. 60(b).    Rule 60(b) provides a mechanism for parties to seek relief from a judgment when "it is no longer equitable that the judgment should have prospective application," or when there is any other reason justifying relief from judgment.  *Jeff D. v. Kempthorne*, 365 F.3d 844, 851 (9th Cir. 2004) (quoting Fed. R. Civ. P. 60(b)).

These motions are untimely, given the more than twenty years that have elapsed since the cases were dismissed.  Plaintiff presents no legal arguments why the judgments should be vacated.  To the extent these cases prevent plaintiff from proceeding in forma pauperis, plaintiff is free to file new cases and present specific arguments why these individual cases do not qualify as strikes pursuant 28 U.S.C. § 1915(g).  Plaintiff's motions in each of the above cases are DENIED and the Clerk shall terminate all pending motions.

**IT IS SO ORDERED.**

Dated: June 27, 2022



WILLIAM H. ORRICK
United States District Judge